Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
MAGDALENO HERNANDEZ
SYLVIA CONCHA HERNANDEZ
DEBTOR(S)

CASE NO.:   08-10223-RLJ-13
DATED:       March, 04 2013

## NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTORS PLAN BASE

   Notice is hereby given that the Trustee has received Debtor's 2012 income tax return showing a refund in the amount of $2,963.00.  The Debtor is allowed to retain $2,000.00 due to General Order 2010-01.

   Unless a timely objection is filed with the Court, the Trustee will pay the remaining amount of $963.00 pro rata to the allowed unsecured creditors; raise the Debtor's plan base and the unsecured creditors' pool by that same amount, less Trustee's fees.

### Notice of Hearing And Pre-hearing Conference

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/1/2013 AT 11:00 CONCERNING THE TRUSTEE'S NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTOR'S PLAN BASE AT THE FOLLOWING LOCATION:

   VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE.  IF NO OBJECTION IS FILED, THE TRUSTEE WILL ACT AS STATED ABOVE.

### Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTORS PLAN BASE was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on March, 04 2013.

MAGDALENO HERNANDEZ & SYLVIA CONCHA HERNANDEZ 1261 WEST EDEN  MUNDAY TX 76371

INTERNAL REVENUE SERVICE  SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242

MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601

INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101

THOMAS W CHOATE ATTORNEY AT LAW PO BOX 206 ABILENE TX 79604

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680

B-LINE LLC ATTN  STEVEN KANE PO BOX 91121  DEPT 550 SEATTLE WA 98111

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee